IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

       Plaintiff,                    No. CIV S-07-0352 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

       Defendants.            ORDER

                             /

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 12, 2008, the court found that the initial complaint violated Rule 8 of the Federal Rules of Civil Procedure and dismissed the complaint with leave to amend. On April 14, 2008, plaintiff filed the first page of an amended complaint together with a letter that attempts to explain why. He states in the letter that his intent in submitting only the first page of this complaint was to simply provide a correct case number for the complaint itself, which he says he submitted to the court on February 25, 2008. He explains that instead of the correct docket number, he wrote, "Civ-07-MCE EFB." It thus appears that plaintiff wrote an incomplete case number on the first amended complaint. In any event, there is no docket entry whatsoever between February 12, 2008, the date the Clerk of the Court served the screening order on plaintiff, and April 14, 2008, the date plaintiff notified the court of his failure to put the correct

1

1 docket number on his amended complaint and whatever amended complaint plaintiff refers to is
2 not in the file.  Thus, the amended complaint is not part of the record.  The court finds that
3 plaintiff must have an opportunity to submit his first amended complaint in its entirety with the
4 complete and correct case number.
5  Accordingly, it is ORDERED that within 30 days of the date this order is served, plaintiff
6 must submit a complete amended complaint as directed in the February 12, 2008, order.  Failure
7 to comply with this order will result in a recommendation that this action be dismissed without
8 prejudice.

Dated: May 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2