Case 2:07-cv-00352-MCE-EFB   Document 11   Filed 06/10/08   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

     Plaintiff,                       No. CIV S-07-0352 MCE EFB P

     vs.

SCOTT KERNAN, et al.,

     Defendants.          ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an amended complaint. *See* Fed. R. Civ. P. 6(b).

     Plaintiff's June 4, 2008, request is granted and plaintiff has 20 days from the date this order is served to file an amended complaint.

     So ordered.

Dated: June 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE